GERTRUDE HIMMELMAN, Respondent, v. 540 WEST 146TH STREET, INC., et al., Defendants, and CAPITAL CITY SURETY COMPANY, Appellant.

(Submitted February 21, 1927; decided March 1, 1927.)

Motion for reargument denied, with ten dollars costs and necessary printing disbursements. (See 244 N. Y. 540.)

In the Matter of the Application of HELEN M. O'BRIEN, Respondent, v. NEW YORK STATE TEACHERS' RETIREMENT BOARD, Appellant.

(Submitted February 21, 1927; decided March 1, 1927.)

Motion for reargument denied, with ten dollars costs and necessary printing disbursements. (See 244 N. Y. 530.)